ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*****

ATOM MILLER,

    Plaintiff,

vs.

NEVADA CVS PHARMACY, LLC; a Nevada Limited Liability Company; DOES I-X and ROE CORPORATIONS I-X, inclusive,

    Defendants.

Case No.: 2:19-cv-01554-RFB-VCF

## SUBSTITUTION OF ATTORNEYS

NEVADA CVS PHARMACY, LLC, hereby substitutes the firm of ALVERSON, TAYLOR & SANDERS as its attorneys of record in this matter, in the place and stead of the law firm of HALL, PRANGLE & SCHOONVELD, LLC.

DATED THIS 2 day of March, 2020.

NEVADA CVS PHARMACY, LLC

By: _____

///
///
///
///
///

The law firm of HALL PRANGLE & SCHOONVELD, LLC hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as the attorneys of record for NEVADA CVS PHARMACY, LLC in this matter.

DATED THIS 2nd day of March, 2020.

HALL PRANGLE & SCHOONVELD, LLC

By: _____
MARI K. SCHAAN, ESQ.
Nevada Bar No.: 011268
TYSON J. DOBBS, ESQ.
Nevada Bar No.: 011953
KEVIN J. PETERSON, ESQ.
Nevada Bar No.: 014598
1140 N. Town Center Drive, Suite 350
Las Vegas, NV 89144
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC

The firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for NEVADA CVS PHARMACY, LLC in this matter.

DATED THIS 5th day of March, 2020.

ALVERSON TAYLOR & SANDERS

By: _____
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-6-2020

CC#26579

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON TAYLOR & SANDERS and that on the 5th day of March, 2020, I caused to be served via CM/ECF a true and correct copy of SUBSTITUTION OF ATTORNEYS, to the following:

Adam D. Smith, Esq.
Christian Miles, Esq.
ADAM SMITH LAW
6130 Elton Avenue
Las Vegas, NV 89107
adam@adamsmithlaw.com
christian@adamsmithlaw.com
*Attorneys for Plaintiff*

_____
An Employee of
ALVERSON TAYLOR & SANDERS

n:\courtney.grp\cases\26579\pleadings\substitution of attorney.doc

LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

CC#26579