ALVERSON TAYLOR & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone:  (702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant
NEVADA CVS PHARMACY, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
**

ATOM MILLER,

          Plaintiff,

vs.

NEVADA CVS PHARMACY, LLC; a Nevada
Limited Liability Company; DOES I-X and ROE
CORPORATIONS I-X, inclusive,

          Defendants.

Case No.:  2:19-cv-01554-RFB-VCF

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, ATOM MILLER, by and through his attorneys of record, ADAM SMITH LAW, and Defendant NEVADA CVS PHARMACY, LLC, by and through its attorneys of record, ALVERSON TAYLOR & SANDERS, hereby stipulate and agree to voluntarily dismiss the above matter, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with all parties herein to each bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1

CC-26579

*Atom Miller v. Nevada CVS Pharmacy, LLC., et al.*
Case No.: *2:19-cv-01554-RFB-VCF*
*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*

THE FOREGOING IS HEREBY STIPULATED AND AGREED.

Dated this 29th day of December, 2020 March 2021

ALVERSON TAYLOR & SANDERS

By: _____
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
(702) 384-7000
*Attorneys for Defendant*
*NEVADA CVS PHARMACY, LLC*

Dated this 1st day of December, 2020 February 2021

ADAM SMITH LAW

By: _____
ADAM D. SMITH, ESQ.
Nevada Bar No.: 009690
CHRISTIAN MILES, ESQ.
Nevada Bar No.: 013913
ADAM SMITH LAW
6130 Elton Ave.
Las Vegas, NV 89107
*Attorneys for Plaintiff*
*ATOM MILLER*

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

2

CC-26579

*Atom Miller v. Nevada CVS Pharmacy, LLC., et al.*
*Case No.: 2:19-cv-01554-RFB-VCF*
*STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*

### ORDER

Pursuant to the stipulation of the appearing parties, and good cause appearing therefore,

IT IS SO ORDERED.

Dated this <u>30th</u> day of <u>  March  </u>, 2021.



_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

ALVERSON TAYLOR & SANDERS

By _____
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No.: 012717
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*
NEVADA CVS PHARMACY, LLC.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV  89149
(702) 384-7000

CC-26579

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON TAYLOR & SANDERS and that on the 29th day of March, 2021, I caused to be served via CM/ECF a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Adam D. Smith, Esq.
Christian A. Miles, Esq.
ADAM SMITH LAW
6130 Elton Ave.
Las Vegas, NV 89107
adam@adamsmithlaw.com
christian@adamsmithlaw.com
*Attorneys for Plaintiff*

_____
An Employee of
ALVERSON TAYLOR & SANDERS

o:\cases\26579\pleadings\sao to dismiss w prejudice.doc

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

4

CC-26579